UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ROSEMARIE BOGUSKY,

                          Plaintiff,

      - against -                                  No. 25-CV-7802 (CS)

THE TJX COMPANIES, INC. d/b/a MARSHALLS         **ORDER**
and BRIXMOR HOLDINGS 11 SPE, LLC,

                          Defendants.
-------------------------------------------------------------x

Seibel, J.

      For the reasons stated on the record today, the Court lacks subject matter jurisdiction, and

therefore the Clerk of Court is directed to remand this action to the Supreme Court of the State of

New York, County of Rockland, and close the case.

**SO ORDERED.**

Dated: December 15, 2025
       White Plains, New York

                                        _____
                                        CATHY SEIBEL, U.S.D.J.